# EXHIBIT A

This is Google's cache of http://www.optometryboardexams.com/. It is a snapshot of the page as it appeared on Nov 10, 2013 05:22:47 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version


# Optometry Board Exams
### SECRETS, HINTS, TIPS, CHEAT SHEETS

**Home**    News and Updates    About Us    NBEO    CACO    Purchase    Contact Us    Site Map

Do you cram for optometry tests, but feel that you cannot cram successfully for the optometry board exams? Do you feel there is not enough time to study for the NBEO or the CACO? If so, then this site was created for you!

This ==site was designed to help you **pass the NBEO and the CACO**, with the **least amount of effort and time commitment** as possible.== Whether you are in the process of studying for the exam, or haven't started to study yet at all, this site will help you achieve the passing mark that you so desire.

This website does not advocate minimum competency in doctors. In fact, we promote higher level learning in the facets of ocular disease and vision therapy. Why then, would we create a website that ==helps students to pass with minimum studying?== Many great student clinicians are not great test takers, and many great test takers are very poor clinicians. I witnessed this during my days as an optometry student. Therefore, instead of letting the select few students struggle at the last stage of their formal education, they are now able to utilize this website in order to move on with their professional lives.

*Our site offers a no risk, money back guarantee, that if you do not pass the NBEO on your upcoming attempt, you'll get your money back!*
*No questions asked!*

**Customer Responses**

"I can't thank you enough... Every student should use your program. Everything else I did was a waste of time and money in my opinion."
**Rob F.**

"Thank you so much for helping me pass the NBEO. Without your help I would have never been able to do it!"
**Mark R.**

"I felt I couldn't go wrong with the money back guarantee, so I went for it! Thanks for helping me pass the NBEO!"
**Julie K.**

**Who designed this site?**

This site was designed by an optometrist, a former optometry student who successfully completed both the NBEO as well as the CACO.

**Important Upcoming Dates**

Dec 05, 2013 -     TMOD
Mar 18-19, 2014 -   NBEO Part 1 (ABS)
Aug 05-06, 2014 -   NBEO Part 1 (ABS)
Monthly, 2014 -     NBEO Part 3 (CSE)

This is Google's cache of http://www.optometryboardexams.com/Pages/news.aspx. It is a snapshot of the page as it appeared on Nov 1, 2013 05:00:58 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



# Optometry Board Exams
## SECRETS, HINTS, TIPS, CHEAT SHEETS

Home    **News and Updates**    About Us    NBEO    CACO    Purchase    Contact Us    Site Map



**Fact of the Week:**
Retinoscopy can provide you with many critical piece of information before you actually refract a patient. Not only can you see opacities such as cataracts, but also scissor reflexes to signifiy keratoconus.

**August 12, 2013** - With the large number of optometry schools opening, many students are wondering about the availability of jobs in the marketplace. We are committed to keeping optometry a valued and lucrative profession, and work with many groups to try and minimize the impact of new schools.

**July 14, 2010** - We are committed to helping our future optometrists pass the stressful NBEO and CSAO. Our study guides are consistently updated to reflect the new changes that are implemented into the NBEO and CSAO exams.

**June 26, 2008** - The NBEO has implemented a restructuring program that eliminates the old structure of the NBEO in favor of a new structure that will be implemented in the academic year of 2009-10. Many students are worried that this will cause them undue grief, as the students taking this test for the first time are wondering whether or not they themselves are the test subjects in an experiment. However, there is no need to fear. We will go over what you will be expecting in a easy to understand format.

### Understanding the Restructuring of the NBEO

The restructuring of the NBEO will have the greatest impact on the graduating **class of 2010**. The change was initiated because of complaints in the past that the NBEO was not clinically oriented. They are thereby changing the content and questions to contain a more clinical oriented examination. To understand this a little better, think of the following theoretical question:

Q. James had a previous distance spectacle Rx of -4.00 DS OU, and is now more likely to be _____ because of his 3+ NS cataracts OU.

1. -3.75 DS OU
2. -4.00 OD, -3.00 OS
3. -4.25 DS OU
4. +4.00 DS OU

4. +4.00 DS OD

The correct answer would be #3. One can deduct the answer by knowing that nuclear sclerotic (NS) cataracts cause a myopic shift, and therefore the only answer would be the one that would indicate an increased myopia in the patient. The clinical relevance lies in the fact that students should know that NS cataracts can cause a myopic change in a patients prescription.

In the former format of the NBEO, you could have a question asking a very obscure fact, with no clinical relevance in any of the possible answers. This made the examination much more difficult for many clinically oriented students.

## What is Changing?

### Part 1 - Previously called **NBEO 1**, Now called ABS (Applied Basic Science)

| Before | After |
|---|---|
| - more random facts<br>- 3 sessions<br>- total of 435 questions (each 3.75 hours long)<br>- 145 questions each session<br>- 4 possible attempts before graduation<br>- eligible to take test: end of 2nd year | - more clinically oriented<br>- additional topics: epidemiology, case history, symptoms, clinical testing<br>- 4 sessions (each 3.5 hours long)<br>- 125 questions each session<br>- total of 500 questions<br>- 3 possible attempts before graduation<br>- eligible to take test: end of 3rd year |

### Part 2 - Previously called **NBEO 2**, Now called PAM (Patient Assessment and Management)

| Before | After |
|---|---|
| - PAM was part of NBEO 3<br>- 3 sessions (each 3.75 hours long)<br>- used to have 435 questions (not case based)<br>- TMOD was embedded in NBEO 2, and students could take TMOD separately if they failed<br>- in other words, if a student requires the TMOD to practice in their state of choice, they could previously retake the TMOD separately | - PAM is now part of this exam<br>- exam is now lengthened<br>- 2 sessions (each 3.5 hours long)<br>- 30-35 cases each session<br>- additional topics: public health, legal issues, ethics, treatment and management of ocular disease (TMOD)<br>- new format forbids students from retaking TMOD separately, and if a student fails, they must retake the entire exam second part exam again |

### Part 3 - Previously called **NBEO 3**, Now called CS (Clinical Skills)

| Before | After |
|---|---|
| - used to have a written and clinical portion<br>- clinical portion, called CSE or clinical skills | - is now solely a clinical skills test<br>- more skills are now tested |

| | |
|---|---|
| clinical portion, called CSE or clinical skills examination accounted for 60% of the score<br>- written portions, or patient assessment and management (PAM), was case based, and accounted for 40% of the score | - length of the test has now been increased<br>- only 1 chance to take and pass the test before graduation |

Many of you who are being forced to undertake this new format may be panicking. Do not fret! We will help to provide you with advice and guidance, and through our study guides **you will pass the examination** without a problem.

All rights reserved © 2013

This is Google's cache of http://www.optometryboardexams.com/Pages/aboutus.aspx. It is a snapshot of the page as it appeared on Nov 1, 2013 12:09:33 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



# Optometry Board Exams
SECRETS, HINTS, TIPS, CHEAT SHEETS

Home    News and Updates    **About Us**    NBEO    CACO    Purchase    Contact Us    Site Map

**How do we compare with the various guides out there?**

The Berkeley Guide for the NBEO is an excellent guide. However, there is way too much information, and it would take too much time to read its entirety from cover to cover. I am not saying that one should not buy it. However, if a student wishes to cram for the NBEO, it is not a good guide to use.

**How about the NBEO question books out there?**

There are a number of NBEO test books that have been released. These are all excellent resources, and I have had the pleasure of working alongside many of the authors and co-authors of those question books. There is only one book that I highly recommend. It is the question book written by Bennett et al for the NBEO Part 2. It is an excellent resource, and I highly recommend it.

**So what do you provide that other guides do not?**

Our main objective is to provide an information skill set that is comprised of the bare essentials. Nothing that sugar coats the information, or goes into ridiculous amounts of detail that no one cares to know about. Many of the times, students will read a study guide, only to find out after taking the test that these guides covered certain topics in too much depth, while lacking focus in other topics. This is something we completely avoid by approaching the board exams with a ==="sniper approach"=== rather than a "shot gun approach".

**How does a ==="sniper approach"=== compare to a "shot gun approach"?**

In many study guides, as well as review sessions that are held by various schools of optometry, students are usually told the following statements: "study all topics because many times students fail only by 1 or 2 questions... AND if you study all the topics, then you'll have a better chance of passing!". Well that's farther from the truth than most believe. What really caused those students to fail was a lack of focus on the core topics, and the topics that really mattered. If you study every single topic in utter detail, you'll end up filling your head with so much material it'll be hard to remember one topic from the next. Think about it. For the NBEO Part 1, there is a section on Human Anatomy. Some professors keep insisting that we study that section. It's plain foolish. The amount of work needed to cover all aspects of Human Anatomy for a mere 1 or 2 points is utter insanity. It's not worth the payout. You want to focus your energy on the topics that give you the greatest bang for the buck, or in the case of the board exams, the most points for your time. Studying in a "shot gun approach" means that you try to cover all topics, in hopes that you'll remember a bit from each topic. That doesn't work, and in most cases, this will cause confusion and panic for those who have not started studying months to years in advance. ===The "sniper approach" focuses only on the big topics===

that are worth the most points, thereby focusing your energy on what matters most. We only care about passing, and in order to pass, you need to obtain a certain score. That is what we accomplish here at this site - a method to help you achieve a passing score with the least amount of effort and study time.

All rights reserved © 2013

This is Google's cache of http://www.optometryboardexams.com/Pages/NBEO.aspx. It is a snapshot of the page as it appeared on Nov 1, 2013 14:28:36 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



Home   News and Updates   About Us   **NBEO**   CACO   Purchase   Contact Us   Site Map

**What is the NBEO?**

The NBEO is the National Board of Examiners in Optometry. It is a standardized test that is administered to all optometry students at the conclusion of their formal education as well as during their formal education.



Figure 1: NBEO Score Report for Parts 1-3

Take a look at Figure 1. Those are the scores that you can achieve if you utilize our notes and methods of studying. Any score with a "P" listed after it is what you are after. It doesn't matter how high you score, just as long as you pass the exam. Some of you will want to practice in states that require achieving a 75 or greater in all subsections, and although we understand your long term goal, our methods are here for those who only wish to achieve a "P" overall. With the NBEO, any score 300 or above will entitle you to passing grade.

All rights reserved © 2013

This is Google's cache of http://www.optometryboardexams.com/Pages/CACO.aspx. It is a snapshot of the page as it appeared on Nov 1, 2013 06:07:51 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



# Optometry Board Exams
SECRETS, HINTS, TIPS, CHEAT SHEETS

Home    News and Updates    About Us    NBEO    **CACO**    Purchase    Contact Us    Site Map

## What is the CACO?

The CACO is the Canadian Assessment of Competence in Optometry. It is a national board exam that was based on the NBEO. Many people are not aware of this fact, and believe that it was created entirely on its own.



*Figure 2: CACO Score Sheet for Subsections*

Take a look at Figure 2. It shows the results for the individual subsections of the CACO. The subsection gradings can be compared to that of the subsections of the NBEO, whereas the NBEO determines a

subsection pass if a student achieves a 75, the CACO maintains that a subsection has been passed if they achieve a grade of 1.00 or higher. In Figure 2, it can be seen that all the topics listed have a grade of 1.00 or higher except that of "EOM Functions", which received a grade of 0.80. Although this subsection was below par, we are more concerned with an overall passing grade, which can be determined by looking at Figure 3. Just as a side note however, we have analyzed numerous grade reports, and have found that the CACO conducts EOM testing in a manner much different than most US Schools of Optometry, and therefore those students who studied in the US will usually obtain a score below 1.00 for the EOM subsection. However, obtaining our notes and study guides alleviates this problem, as we list in detailed steps exactly what they are looking for in the testing situation.



*Figure 3: CACO Score Sheet for Overall Determination of Passing or Failing*

Looking at Figure 3, you can see that all sections of the CACO were successfully completed. The CACO is a very draining 1 week long exam, and it basically incorporates all the sections of the NBEO into a 1 week marathon. In order to be successful, you must achieve a 1.00 or greater in each of the individual parts: Optometric Knowledge (OK), Ocular Therapeutics (OT), Clinical Judgement (CJ), and the 4 parts to the practical examination (S1-S4).

All rights reserved © 2013

11/18/13 Purchase

This is Google's cache of http://www.optometryboardexams.com/Pages/Purchase.aspx. It is a snapshot of the page as it appeared on Nov 1, 2013 08:58:40 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



# Optometry Board Exams
SECRETS, HINTS, TIPS, CHEAT SHEETS

Home   News and Updates   About Us   NBEO   CACO   **Purchase**   Contact Us   Site Map

**Purchase either the NBEO Part 1(ABS), 2(PAM) (with TMOD) or 3(CSE) packet**

What is included?
- how and what to study
- sample questions that are VERY similar to the NBEO
- cheat sheets for last minute cramming
- analysis of how the marks are broken down, including the marking system of the clinical and didactic portions of the test

When will Part 1 be available?
- all packets are now available

**Purchase the CACO packet**

What is included?
- sample questions that are VERY similar to the CACO
- cheat sheets for last minute cramming
- analysis of the CACO marking system, including the marking system of the clinical and didactic portions of the test

When will this packet be available?
- the packet is now available

NBEO Part 1(ABS)    NBEO Part 2(PAM)/TMOD    NBEO Part 3(CSE)

CACO

By clicking the Buy Now Button you hereby agree that you acknowledge the fact that you are entitled to a full no risk money back guarantee as long as the original purchaser attempts but fails the next upcoming NBEO examination associated with the packet that was purchased. For instance if the buyer purchased the NBEO packet for the NBEO part 2, this would be associated with the NBEO part 2 examination. The buyer understands that the basic fee set is for the analysis document solely, and subsequent documents are provided complimentary.

By clicking the Buy Now Button you hereby agree that you acknowledge the fact that you are entitled to a full no risk money back guarantee as long as the original purchaser attempts but fails the next upcoming CSAO examination associated with the packet that was purchased. The buyer understands that the basic fee set is for the analysis document solely, and subsequent documents are provided complimentary.

11/18/13  Contact Us

This is Google's cache of http://www.optometryboardexams.com/Pages/contactus.aspx. It is a snapshot of the page as it appeared on Nov 1, 2013 16:14:18 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



# Optometry Board Exams
SECRETS, HINTS, TIPS, CHEAT SHEETS

Home    News and Updates    About Us    NBEO    CACO    Purchase    **Contact Us**    Site Map

Send us your comments or questions via email, or use the form below. We welcome any suggestions to the site, as well as any constructive criticism that you may be able to offer us. Let us know how we are doing!

**Optometry Board Exams**
admin@optometryboardexams.com

\* First name (required):

\* Last name (required):

\* E-mail address (required):

Phone number:

\* Message (required):

[Submit]

All rights reserved © 2013

This is Google's cache of http://www.optometryboardexams.com/Pages/sitemap.aspx. It is a snapshot of the page as it appeared on Nov 1, 2013 17:29:59 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



# Optometry Board Exams
## SECRETS, HINTS, TIPS, CHEAT SHEETS

Home   News and Updates   About Us   NBEO   CACO   Purchase   Contact Us   **Site Map**

This is a listing of the all the pages on the website. It is useful for those who wish to browse this site via their mobile PC, PDA, or cellphone. Most browsers will be able to function without defaulting to using the Site Map however, as most computers these days are equipped with Internet Explorer or Mozilla Firefox.

| | |
|---|---|
| About Us | CACO |
| Contact Us | NBEO |
| News and Updates | Optometry Board Exams - NBEO & CACO |
| Purchase | ui |

All rights reserved © 2013

# EXHIBIT B

Friday, September 27, 2013
1:36 PM



Screen clipping taken: 9/27/2013 1:36 PM

Friday, September 27, 2013
1:37 PM



**EXHIBIT C**