IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL BOARD OF EXAMINERS IN OPTOMETRY, INC., </br></br> Plaintiff, </br></br> v. </br></br></br> STEVEN P. LEE, O.D. </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:14-cv-07906

**<u>PLAINTIFF NBEO's LR 3.2 NOTIFICATION AS TO AFFILIATES</u>**

Pursuant to LR 3.2, plaintiff National Board of Examiners in Optometry, Inc., through its undersigned counsel, states that it has no publicly held affiliates.

Date:  October 9, 2014                                       Respectfully submitted,

/s/Kevin Tottis_____
Kevin Tottis
*Counsel for NBEO*

Kevin Tottis
Rachel M. Vorbeck
TottisLaw
One East Wacker Drive, Suite 1205
Chicago, Illinois 60601
(312) 527-1400

Jonathan E. Davis
The Law Office Of Jonathan E. Davis, LLC
1511 Natalie Lane #302
Ann Arbor, MI 48105-2927
(718) 344-2655