IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL BOARD OF EXAMINERS IN OPTOMETRY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 14-7906 |
| | ) | Judge Honorable Thomas M. Durkin |
| STEVEN P. LEE, O.D. | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

### NOTICE OF MOTION

TO:   Steven P. Lee
       100 E. Walton - Apt 11 G
       Chicago IL, 60611-4907

**PLEASE TAKE NOTICE** that on Monday, October 20, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Thomas M. Durkin, or any judge sitting in his stead in Courtroom 1441 at 219 South Dearborn Street, Chicago, Illinois, and present **PLAINTIFF NBEO'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**, a copy of which has been served on you.

Date: October 9, 2014            NATIONAL BOARD OF EXAMINERS IN
                                                  OPTOMETRY, INC.,

                                                  By: /s/Kevin Tottis
                                                         One of its attorneys

Kevin Tottis, ARDC No. 6193853
Rachel M. Vorbeck, ARDC No. 6238297
Tiffany M. Lopez, ARDC No. 6255670
TottisLaw
1 East Wacker Drive, Suite 1205
Chicago, Illinois 60601
Tel: (312) 527-1400

Jonathan E. Davis
The Law Office Of Jonathan E. Davis, LLC
1511 Natalie Lane #302
Ann Arbor, MI 48105-2927
(718) 344-2655

## **CERTIFICATE OF SERVICE**

  Kevin Tottis, an attorney, certifies that **PLAINTIFF NBEO'S NOTICE and MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL** was served on October 9, 2014, by hand delivery to:

    Steven P. Lee
    100 E. Walton - Apt 11 G
    Chicago IL, 60611-4907


    /s/ Kevin Tottis