**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

National Board of Examiners in Optometry, Inc.

                                                Plaintiff,

v.                                                       Case No.: 1:14–cv–07906

                                                                  Honorable Thomas M. Durkin

Steven P Lee

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 14, 2014:

      MINUTE entry before the Honorable Thomas M. Durkin: Status hearing set for 12/18/2014 at 09:00 AM. The 12/19/14 status date is stricken.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.